

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2019

No. 04-18-00099-CV

**IN THE INTEREST OF Z.M.M.**, a Child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00639
Honorable Richard Garcia, Judge Presiding

## ORDER

On June 27, 2019, the Supreme Court of Texas issued the mandate in this appeal in which it reversed our decision and remanded the matter to this court. *See In re Z.M.M.*, No. 18-0734, 2019 WL 2147266 (Tex. May 17, 2019). Specifically, the supreme court held that we erred in failing to address appellant's challenge as to section 161.001(b)(1)(D) of the Texas Family Code and in failing to address the merits of section 161.001(d) of the Texas Family Code as it relates to termination of appellant's parental rights under section 161.001(b)(1)(O) of the Texas Family Code. The supreme court remanded the case to us for further proceedings consistent with the supreme court's opinion and the supreme court's opinion in *In re N.G.*, No. 18-0508, 2019 WL 2147263 (Tex. May 17, 2019). Accordingly, we ORDER that the parties may file supplemental briefs in this court in light of the decision in this case by the Supreme Court of Texas.

We ORDER appellant to file his supplemental brief, if any, in this court on or before July 31, 2019. Appellee's supplemental brief, if any, will be due in this court twenty days after the date appellant's supplemental brief is filed. If either party chooses not to file a supplemental brief, that party is ORDERED to notify this court of such fact in writing on or before July 22, 2019. If appellant decides not to file a supplemental brief, appellee may still file a supplemental brief, and such brief will be due twenty days after the date appellant advises this court in writing that he does not intend to file a supplemental brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2019.



Keith E. Hottle,
Clerk of Court